and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

EDWARD DICKMANN, Appellant, v. FLORENCE D. DICKMANN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

LEON TANENBAUM and Others, Respondents, v. 663–665 BROADWAY Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

LEON TANENBAUM and Others, Respondents, v. 663–665 BROADWAY Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

LAURA H. SCOWCROFT and Others, as Executors, etc., of ALBERT SCOWCROFT, Deceased, Appellants, v. CARLE E. CARLTON, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

FILIPPO DRAGONETTI v. CALLAN BROS., INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JENNIE C. MILLS v. JOHN W. MILLS.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed so that the appeal can be argued on or before the 9th day of January, 1919. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ROBERT HOLMES and Others v. CLINTON H. CRANE and Others.— Motion granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

In the Matter of MILTON J. MOORE, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ANNIE RAPPAPORT v. LENA WILLIAMSON.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

GEORGE KRELL and Others v. ORIENTAL NAVIGATION CORPORATION.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

GEORGE LITTMAN v. HENRY L. BRITTAIN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ASHTON HOLDING COMPANY, INC., v. MOLLIE LEVITT, Sued, etc.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

In the Matter of OSCAR LEWISOHN, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

In the Matter of ANDREW F. KENNEDY, Deceased.— Motion denied, with